IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-CR-00244-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| CLIFFORD LEE GRAYSON JR. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's letter requesting early termination of supervised release. (Doc. No. 19).

On August 19, 2005, the Court sentenced the defendant to twelve months' incarceration and two years' supervised release for failing to report to serve his forty-two month sentence resulting from cocaine conspiracy and firearms charges. (Doc. No. 18: Judgment; Case No. 3:02-cr-199, Doc. No. 79: Judgment). His term of supervised release is expected to expire in April 2014.

Title 18, United States Code, Section 3583(e)(1) allows courts to terminate supervised release after consideration of certain factors in § 3553(a) if warranted by the conduct of the defendant and the interest of justice. Here, the defendant reports steady employment, no violations of the conditions of his release, and care for his elderly parents. These represent productive choices. However, given the defendant's prior criminal history and his failure to appear to serve a drug and firearm sentence, the Court finds that early termination is not in the interest of justice.

**IT IS, THEREFORE, ORDERED** that the defendant's request, (Doc. No. 19), is **DENIED.**

Signed: September 3, 2013

Robert J. Conrad, Jr.
United States District Judge